PER CURIAM.
The appellants have failed to demonstrate reversible error. The judgment appealed is affirmed on authority of Atlantic Coast Line R. Co. v. Timmons, 1948, 160 Fla. 754, 36 So.2d 430; Martin v. Rivers, Fla. 1954, 72 So.2d 789; O’Keefe v. Butler, Fla.App.1961, 126 So.2d 764; Knott v. Seaboard Air Line Railroad Company, Fla.App. 1963, 151 So.2d 11; and Rouse v. Florida East Coast Railway Company, Fla.App. 1969, 220 So.2d 632, cert. den. Fla., 229 So. 2d 870.
PIERCE, C. J., and MANN and Mc-NULTY, JJ., concur.